Joel E. Tasca
Nevada Bar No. 14124
Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Lindsay Demaree
Nevada Bar No. 11949
Maria A. Gall
Nevada Bar No. 14200
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
vigila@ballardspahr.com
demareel@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation; PERRY PIERCE, an individual, <br><br> Defendants. | Case No. 2:17-cv-00622-GMN-NJK <br><br> **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |
| ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company, <br><br> Third-Party Defendant. | |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

1  SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

2    Counterclaimant/Cross-Claimant,

3  vs.

4  JPMORGAN CHASE BANK, N.A.;
   PERRY PIERCE, an individual,

5    Counter-Defendant/Cross-Defendant.

Plaintiff/Counter-Defendant/Cross-Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its counsel of record, hereby moves for removal of Joseph Sakai, Esq., from the electronic service list. Chase will continue to be represented by Joel Tasca, Abran E. Vigil, Lindsay Demaree, Maria Gall and Kyle Ewing of Ballard Spahr LLP in this case.

Documents are no longer to be served by electronic means to the following person:

Joseph Sakai: Sakaij@ballardspahr.com

Dated: October 12. 2017.

BALLARD SPAHR LLP

By: /s/ Kyle A. Ewing
Joel E. Tasca
Nevada Bar No. 14124
Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
Joseph P. Sakai, Esq.
Nevada Bar No. 13578
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated: October 13, 2017

_____
United States Magistrate Judge