Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-cv-00622-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION BRIEFING SCHEDULE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation; PERRY PIERCE, an individual, | **(First Request)** |
| Defendants. | |
| ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company, | |
| Third-Party Defendant. | |

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counterclaimant/Cross-Claimant,

vs.

JPMORGAN CHASE BANK, N.A.; PERRY PIERCE, an individual,

Counter-Defendant/Cross-Defendant.

Pursuant to LR IA 6-1, Plaintiff/Counter-Defendant/Cross-Defendant JPMorgan Chase Bank, N.A. ("Chase") and Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to amend the briefing schedules on the Parties' respective Motions for Summary Judgment (ECF Nos. 40/42 and 44)[1] as follows:

1.      Chase filed its Motion for Summary Judgment (ECF Nos. 40 and 42) on January 8, 2018.

2.      SFR filed its Motion for Summary Judgment (ECF No. 44) on January 8, 2018.

3.      Chase filed its Response to SFR's Motion for Summary Judgment (ECF No. 46) on January 29, 2018.

4.      SFR filed its Response Chase's Motion for Summary Judgment (ECF No. 47) on January 29, 2018.

5.      The Parties hereby stipulate that they will have up to and until February 28, 2018 (current due date is February 12, 2018) to file their Replies in support of their respective Motions for Summary Judgment.

6.      This is the Parties' first request to extend time for these Motions.

---

[1] Chase originally filed its Motion for Summary Judgment at ECF No. 40 but later refiled the Motion at ECF No. 42 after learning that it had incorrectly filed exhibits to ECF No. 40. Chase has requested that the Court remove the Motion at ECF No. 40 from its docket. *See* Motion to Remove Incorrectly Filed Document, ECF No. 41. SFR does not oppose Chase's request. *See* Notice of Non-Opposition to Chase's Motion to Remove, ECF No. 45.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17437071 v1

7.    The Parties agreed to this extension to accommodate the schedules of counsel and to offset necessary delays in briefing related to the Motions.

The Parties make this request for a brief extension of time in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: February 5, 2018

BALLARD SPAHR LLP

By: /s/ Maria A. Gall
    Joel E. Tasca, Esq.
    Nevada Bar. No. 14124
    Maria A. Gall, Esq.
    Nevada Bar No. 14200
    Lindsay C. Demaree, Esq.
    Nevada Bar No. 11949
    Kyle A. Ewing, Esq.
    Nevada Bar. No. 14051
    1980 Festival Plaza Dr., Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A.*

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar no. 9578
    7625 Dean Martin Dr., Suite 110
    Las Vegas, Nevada 89139

*Attorneys for Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE

DATED:  February 14, 2018

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

## CERTIFICATE OF SERVICE

I certify that on February 5, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE BRIEFING SCHEDULE (First Request)** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared.

I further certify that on February 5, 2018, and pursuant to Federal Rule of Civil Procedure 5, I directed the mailing of true copies of the foregoing **STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE BRIEFING SCHEDULE (First Request)** to the following parties via U.S. Mail, postage-prepaid, as follows:

Perry Pierce
2701 N. Rainbow Blvd., Apt. 2110
Las Vegas, NV 89108

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17437071 v1