Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Justin A. Shiroff, Esq.
Nevada Bar. No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation; PERRY PIERCE, an individual,<br><br>Defendants. | Case No. 2:17-cv-00622-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., SFR INVESTMENTS POOL 1, LLC, ELDORADO THIRD COMMUNITY ASSOCIATION, AND ABSOLUTE COLLECTION SERVICES, LLC WITH PREJUDICE** |
| ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC, a domestic limited liability company,<br><br>Third-Party Defendant. | |

DMWEST #18319028 v1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br>PERRY PIERCE, an individual,<br><br>Counter-Defendant/Cross-Defendant. |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/ Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), Defendant/Third-Party Plaintiff Eldorado Third Community Association ("Eldorado"), and Third-Party Defendant Absolute Collection Services, LLC ("Absolute") (collectively, the "Parties"), through their respective attorneys, hereby stipulate as follows:

    1.    This action concerns title to real property commonly known as 818 Bear Gulch Court, North Las Vegas, Nevada (the "Property") following a homeowner's association foreclosure sale conducted on June 17, 2014, with respect to the Property.

    2.    As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20081205-0001901 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

    3.    The Parties to this Stipulation have agreed to release their respective claims, and further agreed that the claims between them, including the Complaint, Counterclaim, and Third Party Complaint shall be DISMISSED with prejudice.

    4.    As Perry Pierce appeared did not appear in this action, Chase hereby voluntarily dismisses its claims against Perry Pierce pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    5.    This Stipulation in no way affects SFR's cross-claim against Perry Pierce.

1      6.     The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20170411-0002474 and 20170804-0003000 be, and the same hereby are, EXPUNGED.

7.     The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 21, 2017 pursuant to this Court's Order [ECF No. 19] shall be discharged and released to the Ballard Spahr LLP Trust Account.

8.     The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder; and

(*Remainder of Page Intentionally Left Blank*)

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

3

DMWEST #18319028 v1

9. Each party to this Stipulation (case number 2:17-cv-00622-GMN-NJK) shall bear its own attorneys' fees and costs.

Dated: January 3, 2019

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Justin A. Shiroff<br>   Joel E. Tasca, Esq.<br>   Nevada Bar No. 14124<br>   Maria A. Gall, Esq.<br>   Nevada Bar No. 14200<br>   Lindsay C. Demaree, Esq.<br>   Nevada Bar No. 11949<br>   Justin A. Shiroff, Esq.<br>   Nevada Bar. No. 12869<br>   1980 Festival Plaza Drive, Suite 900<br>   Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>   Diana S. Ebron, Esq.<br>   Nevada Bar No. 10580<br>   Jacqueline A. Gilbert, Esq.<br>   Nevada Bar No. 10593<br>   Karen Hanks, Esq.<br>   Nevada Bar No. 9578<br>   7625 Dean Martin Dr., Suite 110<br>   Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |
| BOYACK ORME & ANTHONY | ABSOLUTE COLLECTION SERVICES, LLC |
| By: /s/ Christopher B. Anthony<br>   Edward D. Boyack, Esq.<br>   Nevada Bar No. 5229<br>   Christopher B. Anthony, Esq.<br>   Nevada Bar No. 9748<br>   7432 W. Sahara Avenue, Suite 101<br>   Las Vegas, NV 89117 | By: /s/ Shane D. Cox<br>   Shane D. Cox, Esq.<br>   Nevada Bar No. 13852<br>   7485 West Azure<br>   Suite 129<br>   Las Vegas, NV 89130 |
| *Attorney for Eldorado Third Community Association* | *Attorney for Absolute Collection Services, LLC* |

<u>**IT IS SO ORDERED.**</u>

**DATED** this __8__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

4

DMWEST #18319028 v1