# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendant(s).

Case No.: 2:17-cv-00622-GMN-NJK

**Order**

It appears the only claim remaining in this case is SFR's cross-claim against Perry Pierce. *See* Docket No. 61 at 2. Mr. Pierce was served on August 10, 2018, but has not answered or otherwise appeared. *See* Docket No. 34. SFR has not sought a default. No later than January 25, 2019, SFR shall file either (1) a request for default or (2) a status report explaining how it intends to proceed with its cross-claim.

IT IS SO ORDERED.

Dated: January 11, 2019

                                                                          Nancy J. Koppe
United States Magistrate Judge